IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. JOHNSON,<br><br>    Petitioner,<br><br>  v.<br><br>JAMES E. TILTON, Secretary, CDCR,<br><br>    Respondent.<br>                               / | No. C 08-4972 WHA (PR)<br><br>**ORDER GRANTING MOTION TO EXTEND TIME; DENYING MOTIONS FOR APPOINTMENT OF COUNSEL AND TO PROCEED IN FORMA PAUPERIS**<br><br>**(Docket Nos. 6-9)** |

Petitioner, a California prisoner has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254.

Petitioner has filed motions for appointment of counsel. The Sixth Amendment's right to counsel does not apply in habeas corpus actions. *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir.), *cert. denied*, 479 U.S. 867 (1986). However, 18 U.S.C. § 3006A(a)(2)(B) authorizes a district court to appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation." Petitioner has presented his claims adequately in the petition, and they are not particularly complex. The interests of justice do not require appointment of counsel at this stage of the case. Petitioner's motions for appointment of counsel (docket numbers 6 & 7) are **DENIED.**

As petitioner has paid the filing fee, his application to proceed in forma pauperis (docket number 8) is **DENIED** as moot.

Good cause appearing, petitioner's request for an extension of time in which to file a traverse (docket number 9) is **GRANTED**. Petitioner shall file his traverse within thirty days of the date this order is filed.

**IT IS SO ORDERED.**

Dated:   September 15, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\JOHNSON4972.MOT.wpd